Marissa L. Bergado
Plaintiff, pro se
810 E. 105th Street
Los Angeles, CA 90002
marissabergado8@gmail.com


FEE PAID


FILED
CLERK, U.S. DISTRICT COURT

DEC 2 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

U.S. District Court
For the Central District of California
350 W. 1st Street, Suite 4311
Los Angeles, CA. 90012-4565

|  |  |
|---|---|
| MARISSA L. BERGADO,<br>Plaintiff, pro se,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS,<br>SECRETARY,<br>U.S. DEPARTMENT OF<br>HOMELAND SECURITY,<br>CUSTOMS AND BORDER<br>PROTECTION,<br>Defendant. | 2:23-CV-10767-DOC-MRW<br><br>Docket No.:<br><br><br>Bench decision requested. |

## COMPLAINT

This is an employment-related action for violations of the Plaintiff's rights granted under the Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. ("Title VII"); and Section 501 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 971 et seq. Plaintiff was discriminated based on her race, national origin, sex, and perceived disability when she was not selected to the two different vacant positions during the time period between December 2019 and October 2020 by U. S. Department of Homeland Security, Customs and Border Protection, in Los Angeles , California.

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to the Title VII of the Civil Rights Act of 1964, as codified, 42 U. S. C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

2. The unlawful employment practices alleged below were committed and/or executed by supervisory personnel of the U.S. Department of Homeland Security, Customs and Protection ("CBP"). The claims arise from events that took place between December 2019 and October 2020 in Los Angeles, California.

## PARTIES

3. The Plaintiff, pro se, Marissa L. Bergado, is an adult individual who has a mailing address of 810 E. 105th Street, Los Angeles, CA 90002. Her email address is: marissabergado8@gmail.com.

4. The Defendant, Alejandro N. Mayorkas, is Secretary, U.S. Department of Homeland Security, at the Headquarter located at Secretary of Homeland Security Washington, DC 20528.

## STATEMENT OF FACTS

5. The pro se Plaintiff, Marissa L. Bergado, is an Asian female, born in USA with Filipino ancestry.

6. As of 2020/2021 Plaintiff has had arthritis, which required her to use CBD cannabidiol cream, which may contain THC tetrahydrocannabinol.. Use of CBP cream is not illegal.

7. Plaintiff's impairment related to arthritis does not substantially interfere with any of the major life activities such as running, walking, driving, bending, crawling, etc.

*Particulars of Allegations*

8.      Based on her race (Asian), national origin (Philippines), sex (Female), and perceived disability (arthritis), Plaintiff was discriminated against when:

a.      On December 30, 2019 Plaintiff learned that she was found ineligible for the position of CBP Officer, GS-1895-09, advertised under Job Opportunity Announcement ("JOA"): CBPOGS9-20-3.

i.      On 11/7/18 Plaintiff applied for the position of CBP Officer, GS-1895-09 ("GS-9"), Vacancy ID Number: 10328068. On 1/18/19, Plaintiff aookued fir GS-1895-09 (Direct Hire), Vacancy ID Number: 10378757.

ii.      At the time of submitting the job application, Plaintiff was 39 years old.

iii.      On 12/20/18, Plaintiff interviewed for the position.

iv.      On November 4, 2020 Plaintiff learned that she was found ineligible for the said position in en e-mail which stated she was deemed unsuitable based on your admissions and/or disqualifying factors developed during the background process.

v.      However, this is not true, because Plaintiff passed the written exam, Medical exam, psychological exam, Background and Financial portion, and then was forthcoming about her one time use for her arthritis pain, which was not an abuse of taking drugs.

vi.      Plaintiff's application was delayed so that she will exceed the age limit of 40 years old.

b.      On October 27, 2020 Plaintiff was notified by "CBP Hiring Center" via

email that Plaintiff's tentative offer of employment was withdrawn for the position of CBP Officer, GS-1895-05/07 ("GS-7"), advertised under JOA Number CBPO 19-2.

　　　i.　　　On 11/7/18 Plaintiff applied for the position of CBP Officer, GS-1895-05/07 ("GS-7").

　　　ii.　　　At the time of submitting the job application, Plaintiff was 39 years old.

　　　iii.　　　On 11/7/18, Plaintiff took a written test.

　　　iv.　　　On 12/20/18, Plaintiff took a Pre-employment Fitness Medical examination.

　　　v.　　　On 9/9/19, Plaintiff had made arrangements and took several months before locating a qualified psychologist, Chase Espinoza, took psychological examination, and he had written an extensive report passing the Plaintiff and recommending for the position.

　　　vi.　　　On 12/20/18, Plaintiff interviewed for the position and passed.

　　　vii.　　　On 10/27/20 Plaintiff was tentatively offered the position by CBP pending successful completion of all pre-employment requirements, including a background investigation.

　　　viii.　　　On 10/2/2020 at 9:00 am, Plaintiff traveled from Los Angeles to San Diago in order to take the polygraph and drug tests.

　　　ix.　　　During the polygraph test, Brian Alvarez asked me whether Plaintiff had taken any drugs and Plaintiff repeatedly said no. The examiner kept asking this question several times and Plaintiff answered negatively. Plaintiff being forthcoming and honest

openly admitted and disclosed of physical pain due to arthritis and was taking legal cream for her arthritis and a one time oral medicine and this was used to disqualify Plaintiff completely.

x.      Plaintiff was not allowed to complete the polygraph test, as it was terminated shortly after it began.

xi.     The polygraph test was terminated when Plaintiff told the examiner a male, around 50 years of age, Caucasian that she had a mild arthritis and that she put CBD cannabidiol cream that may have contained THC tetrahydrocannabinol, which was not illegal.

xii.    Plaintiff was not allowed to begin the drug test after the polygraph test was terminated.

xiii.   On October 27, 2020 "CBP Hiring Center" emailed Plaintiff, informing her that the Hiring Center was notified by the Office of Professional Responsibility (OPR) that Plaintiff was not suitable for the position of Customs and Border Protection Officer and that the tentative offer of employment was withdrawn "because you have been deemed unsuitable for the position pursuant to 5 C.F.R. Part 731," which authorizes OPM or other agency delegated by OPM to conduct employment suitability determination investigation.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

9.    On March 31, 2022 Plaintiff filed an appeal of Final Agency Decision with the Equal Employment Opportunity Commission, Office of Federal Operations ("OFO"), Appeal No. 2022002487.

10.   On September 28, 2023 OFO issued its decision affirming Agency's decision.

11.   On 11/29/2020 Plaintiff filed a formal EEO complaint, case no.

HS-CBP-00610-2020.

12. On September 14, 2021 Defendant issued a Report of Investigation

(HS-CBP-00610-2020).

13. Plaintiff opted for issuance of Final Agency Decision in lieu of EEOC hearing.

14. On 3/2/22, Final Agency Decision was issued.

## REMEDIES and RELIEF

15. Plaintiff seeks placement to the position of CBP Officer, GS-1895-09, with lost

wages and benefits since December 30, 2019 to the time of placement.

## NO JURY DEMAND

16. The Plaintiff, pro se, requests a bench decision on all issues in this action.

WHEREFORE, the Plaintiff pray for a judgment in her favor and against the Defendant.

Respectfully Submitted,

/s/ _Marissa Bergado_

Marissa L. Bergado
Plaintiff, pro se
810 E. 105th Street
Los Angeles, CA  90002
marissabergado8@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the documents specified below were served on the entity identified below on the date of the signature below by means indicated below:

U.S. District Court
For the Central District of California
350 W. 1st Street, Suite 4311
Los Angeles, CA. 90012-4565

Via FedEx

Complaint
Check or money order: $402.00.
Summons
Civil Cover Sheet


December 26, 2023

/s/ _Marissa Bergado_
Marissa L. Bergado
Plaintiff, pro se
810 E. 105th Street
Los Angeles, CA  90002
marissabergado8@gmail.com