**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 2:23-cv-10767-DOC-MRW                           Date: June 20, 2024

Title: Marissa L. Bergado v. Alejandro N. Mayorkas.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Rolls Royce Paschal for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING ACTION**

The plaintiff in this action failed to comply with the Court's order to show cause (Dkt. 16) and subsequent instructions included in the notice of deficiencies regarding her motion for default judgment. (Dkts. 17, 18). Accordingly, the case is **DISMISSED** without prejudice for lack of prosecution.

The Clerk shall serve the minute order on the parties.

MINUTES FORM 11                                           Initials of Deputy Clerk: rrp/kd

CIVIL-GEN