JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 2:23-cv-10767-DOC-MRW　　　　　　　　　　　　　Date: October 10, 2024

Title: Marissa L. Bergado v. Alejandro N. Mayorkas.

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):　　ORDER DISMISSING ACTION**

　　The plaintiff in this action failed to comply with the Court's order to file proper proof of service (Dkt. 25) and subsequent instructions included in the notice of deficiencies regarding her motion for default judgment. (Dkts. 28, 29). Accordingly, the case is **DISMISSED** without prejudice for lack of prosecution.

　　The Clerk shall serve the minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: kdu

CIVIL-GEN